FILED
2024 Oct-24 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

United States of America
v.

Eric Council, Jr.

*Defendant*

Case No. 5:24-mj-1154-HNJ

Charging District: District of Columbia

Charging District's Case No. 1:24-cr-457

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: District of Columbia District Court<br>E. Barrett Prettyman United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Courtroom No.: 25A |
|---|---|
| | Date and Time: Friday, October 25, 2024<br>9:30 a.m., EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending (if applicable).

**DONE**, this 24th day of October, 2024.

H. Johnson, Jr.

HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE